# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00836-CV

**Reuben R. Beckmann, Appellant**

**v.**

**Eileen M. Beckmann, Appellee**

---

### FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-FM-19-004598, THE HONORABLE AMY CLARK MEACHUM, JUDGE PRESIDING

---

### M E M O R A N D U M   O P I N I O N

Appellant Reuben R. Beckmann has filed a motion to dismiss this appeal. We may voluntarily dismiss a civil appeal in two circumstances: (1) when the parties agree to dismiss the appeal; or (2) when appellant files a motion to dismiss the appeal and dismissing the appeal would not "prevent a party from seeking relief to which it would otherwise be entitled." Tex. R. App. P. 42.1(a). Appellant's certificate of conference reflects that appellee has not agreed to dismiss the appeal. Therefore, we may only dismiss this appeal if we determine that dismissing will not prejudice appellee's right to seek relief. *See id.* R. 42.1(a)(1).

However, appellee has not sought any affirmative relief in this appeal. Accordingly, we grant in part appellant's motion and dismiss the appeal. *See id.* R. 42.1(a); *Giffin v. Giffin*, 962 S.W.2d 649, 649 (Tex. App.—Corpus Christi–Edinburg 1998, no pet.); *Wells Fargo Bank, N.A. v. Express Limousines, Inc.*, No. 03-19-00023-CV, 2019 WL 455217, at *1 (Tex. App.—Austin Feb. 6, 2019, no pet.) (mem. op.) (granting appellant's opposed motion to

dismiss the appeal because "[a]ppellees . . . have not requested affirmative relief in this appeal"). We deny appellant's request to assess costs of the appeal against the party that incurred them. *See* Tex. R. App. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). We deny appellant's motion to expedite our ruling on his motion to dismiss. *See id.* R. 10.3(a) (providing that appellate courts "should not hear or determine a motion until 10 days after the motion was filed," unless motion is unopposed, seeks extension of time, or reflects emergency).

_____

Maggie Ellis, Justice

Before Justices Triana, Kelly, and Ellis

Dismissed on Appellant's Motion

Filed:   January 15, 2026